```
                                        FILED

                                       MAR 18 2008

                                   CLERK, U.S. DISTRICT C'
                                   SOUTHERN DISTRICT OF CA
                                   BY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0773-W |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| SAVATH DIPRASEUTH (1), LISA ANN DURANT (2), | |
| Defendants. | |

The United States Attorney charges:

On or about March 4, 2008, within the Southern District of California, defendants SAVATH DIPRASEUTH and LISA ANN DURANT, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adriana Lopez-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 3/18/08.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego
3/6/08