# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

SAVATH DIPRASEUTH,
        Defendant.

**APPEARANCE**

Case Number:  08CR0773-TJW

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    SAVATH DIPRASEUTH
    I am replacing VICTOR N. PIPPINS on this case.

    I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 8/6/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name                                        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City                 State               Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                          Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 6, 2008                         /s/  Linda Lopez
                                              LINDA LOPEZ
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              e-mail: Linda_Lopez@fd.org